

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00089-CV

The **STATE** of Texas for the Best Interest and Protection of **G.O.R.** Jr., a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Honorable Kelly Cross, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order authorizing the State to compel psychoactive medication is REVERSED. We RENDER judgment that the State's application to compel psychoactive medication is DENIED. No costs are taxed in this appeal.

SIGNED June 19, 2015.

_____
Patricia O. Alvarez, Justice